# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMALGAMATED TRANSIT UNION LOCAL 85, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PORT AUTHORITY OF ALLEGHENY COUNTY, <br><br> Defendant. | 2:20-cv-1471-NR |

## ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

**AND NOW**, this **19th day of January, 2021**, upon consideration of Plaintiffs' motion for preliminary injunction, ECF 2, it is **HEREBY ORDERED** that the motion is **GRANTED** as follows:

(1) The Port Authority is **ENJOINED** from enforcing its uniform policy to prohibit any employee from wearing facemasks that display the messages identified during the evidentiary hearing that relate to "Black Lives Matter"; specifically, masks that depict "Black Lives Matter," "BLM," "My Life Matters," "I Can't Breathe," "Unapologetically Black and Proud," "Black Matter," "Black Voters Matter," or substantially the same words or messages.

(2) It is further **ORDERED** that the Port Authority shall rescind any discipline issued to any employee, including any written or oral warnings, for wearing one of the masks specified above.

(3) The injunction shall become effective upon Plaintiffs depositing security with the Court (bond or cash) in the amount of one hundred dollars ($100.00).

BY THE COURT:

*/s/ J. Nicholas Ranjan*
United States District Judge