# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMALGAMATED TRANSIT UNION LOCAL 85, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PORT AUTHORITY OF ALLEGHENY COUNTY, <br><br> Defendant. | 2:20-cv-1471-NR |

## ORDER

**AND NOW**, this **24th day of February, 2021,** upon consideration of the Port Authority's motion to stay pending appeal the Court's order granting the Union's motion for a preliminary injunction, ECF 50, it is **HEREBY ORDERED** that the motion is **DENIED**, for the reasons stated in the Court's accompanying opinion.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge